**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**SUZANNE M. BOULEY,**

      **Plaintiff,**

**v.**                                         **Case No: 5:13-cv-432-Oc-10PRL**

**UNUM LIFE INSURANCE COMPANY
OF AMERICA**

      **Defendant.**

_____

## ORDER

This matter is before the Court on the Defendant's Unopposed Motion to Allow Counsel to Appear Telephonically for Case Management Conference.  (Doc. 16).  The motion recites that the parties wish to conduct the case management conference by telephone in an effort to reduce expenses and facilitate prompt scheduling.  Counsel for Plaintiff is located in Longwood, Florida, counsel for Defendant is located in Boca Raton, Florida.  The deadline for the parties to conduct the Case Management Conference is December 16, 2013.

While not unsympathetic to the parties' request, the Court believes that in person participation at the case management conference far outweighs the expense and/or inconvenience of traveling to the conference.  Indeed, case management conferences are an essential part of this Court's approach to the adversary process.  Local Rule 3.05 requires an in person meeting, not just to set deadlines, but also for the attorneys, including parties proceeding *pro se*, to meet each other and to set the groundwork for a working civil and cordial relationship.

Accordingly, the Defendant's motion (Doc. 16) is DENIED.  If necessary, the parties shall have an additional seven (7) days, until December 23, 2013, within which to conduct the in person meeting and file their case management report.

**DONE** and **ORDERED** in Ocala, Florida on November 22, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties